# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
GENINE MARIE MUSCARI MASON,

                 Plaintiff,                             20 **CIVIL** 1287 (MKV)(SN)

      -v-                                      **JUDGMENT**

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,
                 Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 18, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
           March 18, 2021

                                                               **RUBY J. KRAJICK**
                                                        _____
                                                                **Clerk of Court**
                         **BY:**     *K. Mango*
                                                                _____
                                                                 **Deputy Clerk**